cob Silverstein against Francisco Ruggiero and another on an undertaking for arrest of plaintiff's assignor. From a judgment for plaintiff, defendants appeal. Affirmed.

PER CURIAM. Upon the vacation of the order of arrest herein, plaintiff's assignor had a cause of action against the defendants for all damage and loss sustained by him in his efforts to have set aside and vacated said order of arrest. The damage in this instance consisted in the actual moneys necessarily paid out by him, and all reasonable counsel fees paid, or liability to pay therefor incurred. This cause of action arising upon contract (viz. upon the undertaking in question) was certainly assignable. In our judgment, no error was committed, and the judgment is hereby affirmed, with costs.

SMITH v. DROUGHT. (City Court of New York, General Term. March 28, 1899.) Action between one Smith and one Drought. From a judgment for plaintiff, defendant appeals. Affirmed. Venino & Sichel, for appellant. Wm. F. Clare, for respondent.

HASCALL, J. We find that no error calling for reversal was committed upon the trial. The question of interest on the plaintiff's claim, after elimination therefrom of the item of $25 for sideboard, was agreed upon as amounting to $40, so that the verdict seems to be at the correct figure. To all the material points raised by the appellant, upon his argument and brief, we think that the cases of Remington v. Palmer, 62 N. Y. 31, and Murdock v. Gilchrist, 52 N. Y. 242, are a complete answer. Judgment and order appealed from affirmed, with costs and disbursements. FITZSIMONS, C. J., concurs.

SMITH, Appellant, v. KETELTAS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by Eugene K. Smith against Alice Keteltas, impleaded. C. B. Smith, for appellant. G. A. Miller, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SOUTHWICK, Respondent, v. JONES et ux., Appellants. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Eva M. Southwick against De Witt C. Jones and Margaret Jones, his wife. No opinion. Motion for leave to go to the court of appeals denied. See 56 N. Y. Supp. 1117.

SPENCER, Respondent, v. WABASH R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Albert J. Spencer, as assignee, etc., against the Wabash Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 55 N. Y. Supp. 948.

STARKINS, Respondent, v. CITY OF ITHACA, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Fred Starkins against the city of Ithaca. No opinion. Motion for a reargument or for leave to go to the court of appeals denied.

STARKINS, Respondent, v. CITY OF ITHACA, Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Fred Starkins against the city of Ithaca. No opinion. Judgment and order affirmed, with costs.

STATE BANK, Respondent, v. BARNES, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) In the matter of the State Bank of Syracuse against James Barnes, as administrator, etc. No opinion. Order affirmed, with costs and disbursements against the appellant, as administrator, payable out of the estate.

STEVENS et al., Respondents, v. ROUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Charles E. Stevens and another, as executors, etc., against Charles A. Rouse and another. No opinion. Motion denied. See 55 N. Y. Supp. 1149.

STRONG et al., Respondents, v. STRONG, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by V. B. Livingston Strong and others against J. Montgomery Strong. No opinion. Judgment reversed on the facts, referee discharged, and a new trial granted, costs to abide the event.

SWEEZEY, Appellant, v. LEGG, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by George M. Sweezey, as sheriff of Wayne county, against Cornelia Legg. No opinion. Judgment and order affirmed, with costs.

TANNER, Respondent, v. PETTEYS, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by Nina Tanner, an infant, by guardian ad litem, against Andrew J. Petteys. No opinion. Judgment modified by striking therefrom the costs, and as so modified affirmed, with the disbursements of this appeal to the appellant, but without further costs to either party.

TAXTER, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Julia Taxter against the Nassau Electric Railroad Company. No opinion. Judgment affirmed, with costs.

TESTERA v. TAMSEN. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by Ella Testera against Edward J. H. Tamsen, as sheriff, etc. No opinion. Motion granted, with $10 costs.

THOMPSON, Respondent, v. KLEIN, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by George W. Thompson against Elizabeth Klein. No opinion. Judgment affirmed, with costs.

TIBBITTS, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme